■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSWALD DAWKINS, Appellant.—Judgment, Supreme Court, New York County (Rose Rubin, J.), rendered February 24, 1989, convicting defendant, after a jury trial, of murder in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, and sentencing him to concurrent terms of 18 years to life, 5 to 15 years, and 2⅓ to 7 years, respectively, unanimously affirmed.

Defendant argues on appeal that he was denied a fair trial as a result of prosecutorial misconduct. We find the challenged summation comments for the most part to be fair response to defense counsel's summation and those that were

improper were immediately stricken by the court with appropriate curative instructions *(People v Marks,* 6 NY2d 67, 77, *cert denied* 362 US 912). Further, we note the overwhelming evidence of defendant's guilt of premeditated murder rendered any such improper comments harmless beyond a reasonable doubt and find no abuse of discretion in the sentence imposed. The arguments raised in defendant's supplemental brief are either unpreserved for appellate review (CPL 470.05 [2]) or without merit. Concur—Carro, J. P., Milonas, Ellerin and Asch, JJ.